

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00471-CR

**EX PARTE** Winston **CASINELLI**

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2018W0420
Honorable Mark R. Luitjen, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, we AFFIRM the trial court's denial of Appellant Winston Casinelli's petition for writ of habeas corpus.

SIGNED May 15, 2019.

_____
Patricia O. Alvarez, Justice